# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
David W. Cowles
State Bar No. 021034
Attorneys for Movant
10-01475

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Rachel Anne Earl<br><br>Debtor. | No. 2:13-bk-18751-EPB<br><br>Chapter 13<br><br>NOTICE OF APPEARANCE<br>AND REQUEST FOR NOTICE |

    U.S. Bank National Association, as Trustee for GSAA 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings, and requests that the name and address of its attorneys be added to the mailing list in this matter, and that all future notices which creditors are entitled to receive be mailed to said attorneys.

    DATED this 31st day of October, 2013.

                                            Respectfully submitted,
                                            TIFFANY & BOSCO, P.A.
                                            BY  /s/ LJM # 014228
                                                 Mark S. Bosco
                                                 Leonard J. McDonald
                                                 David W. Cowles
                                                 Attorneys for Movant

COPY of the foregoing mailed
October 31, 2013 to:

Rachel Anne Earl
1311 South Claiborne Avenue
Gilbert, AZ 85296
Debtor

Russell Brown
3838 North Central Avenue
Suite 800
Phoenix, AZ 85012
Trustee

By: Julie A. Greenberg