Darrell E. Davis, #011442
Ryan J. Lorenz, #019878
**CLARK HILL PLC**
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Facsimile: (480) 684-1199
Email: ddavis@clarkhill.com
rlorenz@clarkhill.com
Attorneys for Plaintiff Lund Cadillac L.L.C.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>RACHAEL ANNE EARL,<br><br>Debtor. | Chapter 13<br><br>Case No. 2:13-bk-18751 EPB<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Ryan J. Lorenz of Clark Hill, PLC, gives notice of his appearance in this case as counsel for **Lund Cadillac L.L.C.**, and requests that copies of all notices to creditors and other parties in interest be sent to the following attorney at the address indicated:

> Ryan J. Lorenz
> **CLARK HILL PLC**
> 14850 North Scottsdale Road, Suite 500
> Scottsdale, AZ 85254
> rlorenz@clarkhill.com

The undersigned counsel requests that he be added to the Court's Master Mailing List.

RESPECTFULLY SUBMITTED this 2nd day of January 2014.

**CLARK HILL PLC**

By: /s/ Ryan J. Lorenz
Darrel E. Davis
Ryan J. Lorenz
Attorneys for Lund Cadillac L.L.C.

| | |
|---|---|
| 1 | **COPY** of the foregoing mailed |
| 2 | this 2nd day of January 2014, to: |
| 3 | RACHAEL ANNE EARL |
| 4 | 1311 SOUTH CLAIBORNE AVENUE<br>GILBERT, AZ 85296 |
| 5 | Debtor |
| 6 | Russell Brown |
| 7 | CHAPTER 13 TRUSTEE<br>3838 N Central Avenue, Suite 800 |
| 8 | Phoenix, Arizona 85012-1965 |
| 9 | US Trustee |
| 10 | 234 North First Avenue<br>Phoenix, AZ 85003 |
| 11 | |
| 12 | Brigham Cluff<br>Christopher Jones |
| 13 | CLUFF & CLUFF PLC<br>3850 E. Baseline Road, #126 |
| 14 | Mesa, Arizona 85206 |
| 15 | /s/ Ryan Lorenz |

200056110.1 31871/133876