# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | RACHAEL ANNE EARL |
| **Case Number:** | 2:13-bk-18751-EPB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 20, 2014 11:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. |
| **Courtroom Clerk:** | ANNETTE AGUILAR |
| **Reporter / ECR:** | MICHELLE RADICKE |

## Matters:

1) HEARING IN RE: ENTRY OF DISMISSAL ORDER LODGED BY TRUSTEE
   R / M #:   23 / 0

2) OBJECTION TO CHAPTER 13 PLAN AND MOTION TO CONVERT TO CHAPTER 7 FILED BY LUND CADILLAC L.L.C.
   R / M #:   25 / 0

## Appearances:

CRAIG FRIEDRICHS, ATTORNEY FOR TRUSTEE RUSSELL BROWN
RYAN LORENZ, ATTORNEY FOR LUND CADILLAC, LLC

## Proceedings:

ITEMS #1 & #2

Mr. Friedrichs reports tax returns have not been filed and the debtor is currently delinquent in plan payments. The trustee's position to dismiss the case remains and takes no position to conversion.

Mr. Lorenz states his position in support of the conversion. He further states they have been in litigation with the debtor since 2010 and would like to close the litigation matter.

THE COURT:  In light of the avow there are substantial assets that may be available to pay creditor claims and the dismal performance of the debtor with respect to this current proceeding, IT IS ORDERED granting the motion to convert the case to chapter 7. Counsel is directed to upload a proposed form of order.

Case 2:13-bk-18751-EPB    Doc 32    Filed 03/20/14    Entered 03/20/14 11:28:46    Desc
Main Document    Page 1 of 1