SO ORDERED.

Dated: March 24, 2014

Eddward P. Ballinger Jr., Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>RACHAEL ANNE EARL,<br><br>Debtor. | Chapter 13<br><br>Case No. 2:13-bk-18751 EPB<br><br>**ORDER FOR CONVERSION TO CHAPTER 7** |

This matter came before the court on the motion to convert this case to Chapter 7, filed by Lund Cadillac L.L.C. [Doc 25]. A hearing was duly noticed and convened on March 20, 2014. The Debtor did not appear. No objection was filed in response to the motion. Good cause appearing, the court finds that confirmation of a Chapter 13 plan should be denied under 11 U.S.C. § 1325. The court further finds that the Debtor has failed to file tax returns as required by 11 U.S.C. § 1308. Under 11 U.S.C. § 1307(c)(5) and (e), the court has authority to convert a Chapter 13 case to a proceeding under Chapter 7.

WHEREFORE, IT IS ORDERED converting the Debtor's case to Chapter 7. The Debtor is directed to comply with all requirements for a proceeding under Chapter 7.

DATED and SIGNED as provided above.