Adam B. Nach- 013622
Joel F. Newell- 025296
**LANE & NACH, P.C.**
2001 E. Campbell Ave., Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: joel.newell@lane-nach.com

Attorneys for Diane M. Mann, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | (Chapter 7 Case) |
|---|---|
| RACHAEL ANNE EARL, | No. 2:13-bk-18751-EPB |
| Debtor. | **NOTICE OF TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS AND CERTIFICATE OF SERVICE** |

TO: The Debtor:

**PLEASE TAKE NOTICE** that Diane M. Mann, Trustee, has filed an Objection to Debtor's Claimed Exemption. A copy of the objection accompanies this Notice. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not want the Court to eliminate or change your exemptions as reflected by the attached, then on or before <u>twenty-one (21) days from the date of this Notice</u>, you or your lawyer must file a written response to the objection, explaining your position with the Clerk of the United States Bankruptcy Court, as follows: (a) mail or hand-delivery to 230 North First Avenue, Suite 101, Phoenix, AZ 85003-1706; or (b) electronically at the Court's website: <u>ecf.azb.uscourts.gov</u> using the Court's electronic filing procedures, <u>with a copy to</u>: Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103, Phoenix, AZ 85016.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. You must also mail a copy to the Trustee's attorney, Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103, Phoenix, AZ 85016.

If you or your attorney do not take these steps, the Court may enter its Order sustaining the Trustee's objection.

RESPECTFULLY SUBMITTED this 16th day of April, 2014.

        **LANE & NACH, P.C.**

        By /s/JFN-025296
          Adam B. Nach
          Joel F. Newell
          Attorneys for Trustee

I hereby certify that a copy of the foregoing was
mailed by 1st class mail, postage prepaid on April 16, 2014 to:

Rachael Anne Earl
1311 South Clairborne Avenue
Gilbert, AZ 85296
*Debtor, Pro Se*

Delivered via electronic notification to:

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: jennifer.a.giaimo@usdoj.gov

By /s/ Stephanie Anderson