**Notice was to an inaccurate address.**

**IT IS HEREBY ADJUDGED and DECREED this is DENIED.**

**Dated: May 22, 2014**

**Eddward P. Ballinger Jr., Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

RACHAEL ANNE EARL,

        Debtor.

(Chapter 7 Case)

No. 2:13-bk-18751-EPB

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION**

Upon the Objection to Debtor's Claimed Exemptions filed by Diane M. Mann, Trustee, and after notice and opportunity for objection and no objections having been filed and good cause appearing therefor;

IT IS HEREBY ORDERED sustaining Trustee's Objection to Debtors' claimed exemption in the Real Property; the jewelry; annuities; the office equipment and the other property valued in the amount of $500.00 shall be administered by the Trustee as property of this Chapter 7 Estate.

## DATED AND SIGNED ABOVE