Adam B. Nach – 013622
Joel F. Newell – 025296
**LANE & NACH, P.C.**
2001 E Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: joel.newell@lane-nach.com

Attorneys for Diane M. Mann, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| RACHAEL ANNE EARL, | No. 2:13-bk-18751-EPB |
| Debtor. | **TRUSTEE'S APPLICATION FOR PRODUCTION OF DOCUMENTS AND ORAL EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE, RULE 2004** |

Diane M. Mann, Trustee, by and through her undersigned counsel, herein applies to this Court for an Order directing Rachael Anne Earl to produce documents and appear for examination under oath pursuant to Federal Rules of Bankruptcy Procedure, Rule 2004. For her Application, Diane M. Mann, Trustee, respectfully represents as follows:

1. Debtor originally filed her Voluntary Petition under Chapter 13 of Title 11 on October 28, 2013 and was converted to Chapter 7 on March 24, 2014.

2. Diane M. Mann is the duly appointed and acting trustee in this case (hereinafter "Trustee").

3. Trustee desires to examine Debtor as to acts, conduct, property, liabilities and financial condition, among other matters which would affect this estate and its administration. Exhibit "A" details the information Trustee desires to review.

4. A motion and order for a Rule 2004 examination may be made and granted ex parte, see Advisory Committee Note to Rule 2004, and without notice to examinee. *In re Good Hope Refineries,*

*Inc.,* 9 B.R. 421, 422 (Bankr. D. Mass. 1981). Both the debtor and "third parties" are vulnerable to the extensive discovery the rule permits. *In re Wilcher,* 56 B.R. 428, 434 (Bankr. N.D. Ill. 1985). The examination may include questions concerning the liabilities and financial condition of the debtor or any matter which may affect the administration of the estate. The scope of the inquiries is determined by the relevance of the information sought to the continued administration of the bankruptcy estate. *In re Cinderella Clothing Industries, Inc.,* 93 B.R. 373, 378-9 (Bankr. E.D. Pa. 1988).

5. Trustee has considered the requirements of F.R.B.P. 2004(e) and determined that the Debtor resides not more than 100 miles from the place of the examination.

WHEREFORE, Diane M. Mann, Trustee respectfully requests that this Court issue its Order directing Rachael Anne Earl to produce the documents detailed in Exhibit "A" no later than the close of business on July 2, 2014, to Trustee's attorneys, Lane & Nach, P.C., 2001 East Campbell, Suite 103, Phoenix, Arizona 85016, and to appear at said offices for an oral examination on July 9, 2014, at the hour of 2:30 p.m., which will be electronically recorded.

RESPECTFULLY SUBMITTED this 23rd day of May, 2014.

**LANE & NACH, P.C.**

By  /s/ JFN – 025296
    Adam B. Nach
    Joel F. Newell
    Attorneys for Trustee

COPY of the foregoing mailed:

Rachael Anne Earl
1311 South Claiborne Avenue
Gilbert, AZ 85296
Debtor, Pro se

Delivered via electronic notification to:

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Jennifer.A.Giaimo@usdoj.gov

By Danica Kolb

**EXHIBIT "A"**

1. Copies all personal income tax returns (federal and state) for 2012 and 2013.

2. Copies of all judgments and/or decrees of dissolution of marriage concerning any marriage of yours which was dissolved.

3. All titles, bills of sale or contracts of sale upon personal property for automobiles, boats, motorcycles, ATC's or aircraft belonging to you or in which you have had any interest whatsoever either alone or jointly with any other person or persons as of the commencement of the bankruptcy case.

4. Copies of the following pertaining to interests in real property in which you have or ever had a legal or beneficial interest at any time, from and after the two year period prior to the commencement of this case.

      (a) Deeds;
      (b) Contracts for the purchase or sale of real property;
      (c) Escrow instructions; and,
      (d) Agreements for sale.

5. Copies of any and all lease agreement entered into and/or pending during the year prior to the commencement of this case to and including the date of this order.

6. Copies of all canceled checks $1,000 or more, monthly bank reconciliation statements and check registers on any and all investment, savings and checking accounts in your name alone or in connection with anyone else, including business accounts, for the one year period prior to the commencement of this case to and including the date of this Order.

7. Any and all documents related to any lawsuit in which you have been a party, either as plaintiff or defendant, within the last two years, whether pending at this time or not.

8. Copies of any and all annuity, trusts, pension, profit sharing, retirement or deferred compensation plans in which you have been, or currently are a participant or beneficiary. In this connection, if such are furnished to you, produce documents showing what assets are held by any such trust or plan together with all periodic statements or accountings submitted to you from any trustee or plan manager of such trust or plan from the date such trust or plan was created up to and including the present.