# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| RACHAEL ANNE EARL, | No. 2:13-bk-18751-EPB |
|     Debtor. | **ORDER GRANTING TRUSTEE'S APPLICATION FOR PRODUCTION OF DOCUMENTS AND ORAL EXAMINATION PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE, RULE 2004** |

This Court having considered the Application For Production of Documents and Oral Examination Pursuant to Federal Rules of Bankruptcy Procedure, Rule 2004 filed by Diane M. Mann, Trustee and good cause having been established,

**IT IS HEREBY ORDERED** that Rachael Anne Earl shall produce the documents detailed in Exhibit "A" attached hereto, to Trustee's attorneys, Lane & Nach, P.C., 2001 East Campbell, Suite 103, Phoenix, Arizona 85016, on or before the close of business on July 2, 2014, and shall appear for an oral examination on July 9, 2014 at 2:30 p.m., which examination shall be electronically recorded.

**IT IS FURTHER ORDERED** approving Trustee's calculation for compliance with FRBP 2004(e) as set forth in Trustee's Application.

**IT IS FURTHER ORDERED** that Diane M. Mann, Trustee shall promptly serve this Order on Debtor and file a certificate of service therefor.

**DATED AND SIGNED ABOVE**

**EXHIBIT "A"**

1. Copies all personal income tax returns (federal and state) for 2012 and 2013.

2. Copies of all judgments and/or decrees of dissolution of marriage concerning any marriage of yours which was dissolved.

3. All titles, bills of sale or contracts of sale upon personal property for automobiles, boats, motorcycles, ATC's or aircraft belonging to you or in which you have had any interest whatsoever either alone or jointly with any other person or persons as of the commencement of the bankruptcy case.

4. Copies of the following pertaining to interests in real property in which you have or ever had a legal or beneficial interest at any time, from and after the two year period prior to the commencement of this case.

    (a) Deeds;
    (b) Contracts for the purchase or sale of real property;
    (c) Escrow instructions; and,
    (d) Agreements for sale.

5. Copies of any and all lease agreement entered into and/or pending during the year prior to the commencement of this case to and including the date of this order.

6. Copies of all canceled checks $1,000 or more, monthly bank reconciliation statements and check registers on any and all investment, savings and checking accounts in your name alone or in connection with anyone else, including business accounts, for the one year period prior to the commencement of this case to and including the date of this Order.

7. Any and all documents related to any lawsuit in which you have been a party, either as plaintiff or defendant, within the last two years, whether pending at this time or not.

8. Copies of any and all annuity, trusts, pension, profit sharing, retirement or deferred compensation plans in which you have been, or currently are a participant or beneficiary. In this connection, if such are furnished to you, produce documents showing what assets are held by any such trust or plan together with all periodic statements or accountings submitted to you from any trustee or plan manager of such trust or plan from the date such trust or plan was created up to and including the present.