In re **Rachael Anne Earl**, Case No. **2:13-bk-18751**

Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 881 N. Sunnyvale<br>Gilbert, AZ  85234 | owner | - | 202,000.00 | 173,890.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 202,000.00 | (Total of this page) |
| Total > | 202,000.00 |  |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re  **Rachael Anne Earl**                        , Case No.  **2:13-bk-18751**
                             Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| # | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America checking account xxxxxxxx2583 $2561.36 on day of filing minus mortgage payment mailed day before for $1245.54** <br>**Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296** | - | 1,315.82 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **living room furniture, bedroom set, dining table and chairs, appliances, TV, DVD player, computer, printer, cell phones** <br>**Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296** | - | 1,200.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **CDs and DVDs** <br>**Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296** | - | 100.00 |
| 6. | Wearing apparel. | | **clothes and shoes for debtor and spouse** <br>**Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296** | - | 500.00 |
| 7. | Furs and jewelry. | | **wedding ring and costume jewelry** <br>**Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296** | - | 300.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Husband's term life insurance with Metlife $1,000,000 death benefit** | - | 0.00 |

|  | Sub-Total > <br>(Total of this page) | **3,415.82** |
|---|---|---|

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Rachael Anne Earl**,  Case No. **2:13-bk-18751**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Apollo Group 401k** **Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296** | - | 2,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Earl & Layne (website design)** **Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296** | - | 0.00 |
| | | **My Camera Loves You (photography)** **Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296** **Not operating at time of filing** | - | 0.00 |
| | | **Dan Earl, LLC** **Husband's Realty business - inactive at time of filing.** **Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >  **2,000.00**
(Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

In re **Rachael Anne Earl**, Case No. **2:13-bk-18751**
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Counter suit against Lund Cadillac** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Dodge Charger**<br>**Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296**<br>**valued at $4500** | - | **4,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **photography equipment used for business (also home computer / printer)**<br>**Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296** | - | **1,500.00** |

|  | Sub-Total > (Total of this page) | **6,000.00** |
|---|---|---|

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re  **Rachael Anne Earl**                                                                 ,   Case No.   __2:13-bk-18751__
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | | **4 cats and 1 chicken**<br>**Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296** | - | 50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Emergency food storage**<br>**Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296** | - | 500.00 |

|  | |
|---|---|
| Sub-Total > (Total of this page) | **550.00** |
| Total > | **11,965.82** |

Sheet  __3__  of  __3__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re  **Rachael Anne Earl**                                    ,  Case No.  **2:13-bk-18751**
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                   $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank of America checking account xxxxxxxx2583 $2561.36 on day of filing minus mortgage payment mailed day before for $1245.54 Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296 | Ariz. Rev. Stat. § 33-1126(A)(9) | 300.00 | 1,315.82 |
| **Household Goods and Furnishings** | | | |
| living room furniture, bedroom set, dining table and chairs, appliances, TV, DVD player, computer, printer, cell phones Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296 | Ariz. Rev. Stat. § 33-1123 also Tools of Trade 33-1130(1) | 1,200.00 | 1,200.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| CDs and DVDs Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296 | Ariz. Rev. Stat. § 33-1125(5) | 100.00 | 100.00 |
| **Wearing Apparel** | | | |
| clothes and shoes for debtor and spouse Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296 | Ariz. Rev. Stat. § 33-1125(1) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| wedding ring and costume jewelry Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296 | Ariz. Rev. Stat. § 33-1125(4) | 275.00 | 300.00 |
| **Interests in Insurance Policies** | | | |
| Husband's term life insurance with Metlife $1,000,000 death benefit | Ariz. Rev. Stat. § 20-1131 | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Apollo Group 401k Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296 | 11 U.S.C. § 522(b)(3)(C) | 2,000.00 | 2,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2006 Dodge Charger Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296 valued at $4500 | Ariz. Rev. Stat. § 33-1125(8) | 4,500.00 | 4,500.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| photography equipment used for business (also home computer / printer) Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296 | Ariz. Rev. Stat. § 33-1130(1) | 1,500.00 | 1,500.00 |

  **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                                 Best Case Bankruptcy

In re **Rachael Anne Earl**, Case No. **2:13-bk-18751**

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Animals**<br>**4 cats and 1 chicken**<br>Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296 | **Ariz. Rev. Stat. § 33-1125(3)** | 50.00 | 50.00 |
| **Other Personal Property of Any Kind Not Already Listed**<br>**Emergency food storage**<br>Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296 | **Ariz. Rev. Stat. § 33-1124** | 500.00 | 500.00 |
| | Total: | **10,925.00** | **11,965.82** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt