Adam B. Nach – 013622
Joel F. Newell – 025296
**LANE & NACH, P.C.**
2001 E Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: joel.newell@lane-nach.com

Attorneys for Diane M. Mann, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | (Chapter 7 Case) |
|---|---|
| RACHAEL ANNE EARL, | No. 2:13-bk-18751-EPB |
| Debtor. | **NOTICE OF THE RESCHEDULED EXAMINATION PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE, RULE 2004 AND CERTIFICATE OF SERVICE** |

**YOU ARE HEREBY NOTIFIED** that the Rule 2004 examination of Rachael Anne Earl (the "Debtor") will be taken upon oral examination pursuant to Federal Rules of Bankruptcy Procedure, Rule 2004 on **August 13, 2014** at the hour of **10:00 a.m.** at the offices of Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103, Phoenix, AZ 85016.

DATED: July 25, 2014.

**LANE & NACH, P.C.**

By  /s/ JFN – 025296
    Adam B. Nach
    Joel F. Newell
    Attorneys for Trustee

# CERTIFICATE OF MAILING

The undersigned hereby certifies that on July 25, 2014, a copy of the **NOTICE OF RESCHEDULED EXAMINATION PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE, RULE 2004** was served as follows:

COPY of the foregoing mailed:

Rachael Anne Earl
1311 South Claiborne Avenue
Gilbert, AZ 85296
*Debtor*

Delivered via electronic notification to:

Allen D. Butler
**Law Ofice of Allen D. Butler, PC**
406 E. Southern
Tempe, AZ 85282
Email: abutleraz@gmail.com
Attorney for Debtors


By /s/ Stephanie Anderson