UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re:                                    )
                                          )   CASE NO. 2:13-18751 PHX-EPB
RACHAEL ANNE EARL,                        )
                                          )   CHAPTER 7
            DEBTOR.                        )

**ORDER SETTING ASIDE ORDER SUSTAINING TRUSTEE'S
OBJECTION TO CLAIMED EXEMPTION**

THIS MATTER coming before the Court on Debtor's Motion to Set Aside Order Sustaining Trustee's Objection to Claimed Exemption; and

THE COURT having reviewed said Motion, the Court file, and being duly advised in the premise:

IT IS ORDERED that said Order Sustaining Trustee's Objection to Claimed Exemption is set aside in regard to the following:

1) Debtor's 401k, exempt per 11 U.S.C. §522(b)(3)(c).
2) Office equipment used for business, exempt per A.R.S. §33-1130(1).
3) Food storage, exempt per A.R.S. §33-1124.

**SIGNED AND DATED AS NOTED ABOVE:**