**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

District of Arizona
Case No. <u>2:13−bk−18751−EPB</u>
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   RACHAEL ANNE EARL
   1311 SOUTH CLAIBORNE AVENUE
   GILBERT, AZ 85296

Social Security / Individual Taxpayer ID No.:
   xxx−xx−3449

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                 BY THE COURT

Dated: <u>8/8/14</u>                                   <u>Eddward P. Ballinger Jr.</u>
                                                                   United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

In re:  
RACHAEL ANNE EARL  
    Debtor

Case No. 13-18751-EPB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: benninks     Page 1 of 2     Date Rcvd: Aug 08, 2014  
                       Form ID: b18       Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2014.

```
db            +RACHAEL ANNE EARL,    1311 SOUTH CLAIBORNE AVENUE,     GILBERT, AZ 85296-7808
12604392      +Chase,    PO Box 9001801,     Louisville KY 40290-1801
13059185      +Chase Home Equity,    P.O. Box 24696,     Columbus, OH 43224-0696
12604395      +Chase Home Finance LLC,    PO Box 24696,     Columbus OH 43224-0696
12604396       Citibank,    1000 Technology Dr. MS 504A,     O Fallon MO 63368-2240
13012870      +Lund Cadillac, L.L.C.,    c/o Ryan Lorenz,     CLARK HILL PLC,    14850 N. Scottsdale Road, Suite 500,
                Scottsdale, AZ 85254-3464
13059186      +Midland Mtg / Midfirst,    P.O. Box 268959,     Oklahoma City, OK 73126-8959
12612234      +U.S. Bank National Association, as Trustee for GSA,    2525 E. Camelback Rd, Ste 300,
                Phoenix, AZ 85016-4237
13059181       Wells Fargo Home Mortgage,    P.O. Box 659558,     San Antonio, TX 78265-9558
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr             EDI: QDMMANN.COM Aug 09 2014 00:08:00      DIANE M. MANN,    P.O. BOX 12970,
                SCOTTSDALE, AZ   85267-2970
smg            EDI: AZDEPREV.COM Aug 09 2014 00:08:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
                1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
12620709      +EDI: AZDEPREV.COM Aug 09 2014 00:08:00      ARIZONA DEPARTMENT OF REVENUE,
                SPECIAL OPERATIONS UNIT, 7TH FLOOR,    1600 W. MONROE,    PHOENIX, AZ 85007-2612
13059179      +EDI: AZDEPREV.COM Aug 09 2014 00:08:00      Arizona Department of Revenue,    Bankruptcy Unit TCS,
                1600 W. Monroe #710,    Phoenix, AZ 85007-2612
13059187      +EDI: CAPITALONE.COM Aug 09 2014 00:08:00      Capital One,    P.O. Box 30281,
                Salt Lake City, UT 84130-0281
12688146       EDI: CAPITALONE.COM Aug 09 2014 00:08:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
13059184      +EDI: CHASE.COM Aug 09 2014 00:08:00      Chase Bank USA,    P.O. Box 15298,
                Wilmington, DE 19850-5298
12604393       EDI: CHASE.COM Aug 09 2014 00:08:00      Chase Bank USA NA,    P.O. BOX 15145,
                Wilmington DE 19850-5145
12604394      +EDI: CHASE.COM Aug 09 2014 00:08:00      Chase Card Services,    PO Box 15298,
                Wilmington DE 19850-5298
13059180      +E-mail/Text: bknoticing@grantweber.com Aug 09 2014 00:23:30      Grant & Weber,
                14795 N. 78th Way, Suite 800,    Scottsdale, AZ 85260-3010
13059178       EDI: IRS.COM Aug 09 2014 00:08:00      IRS Special Services,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
12713118      +E-mail/Text: ddulworth@clarkhill.com Aug 09 2014 00:24:49      Lund Cadillac L.L.C.,
                c/o Clark Hill PLC,    14850 N Scottsdale Rd #500,    Scottsdale, AZ 85254-3464
13059183      +E-mail/Text: nic1@qwestoffice.net Aug 09 2014 00:24:53      Nemos Investigations & Collections,
                14631 N. Cave Creek Road, Suite 201,    Phoenix, AZ 85022-4162
12816047      +EDI: RESURGENT.COM Aug 09 2014 00:08:00      PYOD, LLC its successors and assigns as assignee,
                of CR Evergreen, LLC,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
12604397      +EDI: WFFC.COM Aug 09 2014 00:08:00      Wells Fargo,    3476 Stateview Blvd.,
                Fort Mill SC 29715-7200
13059182      +EDI: WFFC.COM Aug 09 2014 00:08:00      Wells Fargo Home Mortgage,    P.O. Box 10335,
                Des Moines, IA 50306-0335
                                                                                              TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank National Association, as Trustee for GSA
cr*           +Lund Cadillac L.L.C.,    c/o Clark Hill PLC,    14850 N Scottsdale Rd #500,
                Scottsdale, AZ 85254-3464
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2014                        Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2014 at the address(es) listed below:

```
ADAM B. NACH    on behalf of Trustee DIANE M. MANN adam.nach@azbar.org;lnbkcourt@yahoo.com
ALLEN D. BUTLER    on behalf of Debtor RACHAEL ANNE EARL abutleraz@gmail.com
DIANE M. MANN    dmm1126@aol.com;dmmann@ecf.epiqsystems.com
JOEL F. NEWELL    on behalf of Trustee DIANE M. MANN Joel.Newell@Lane-Nach.com,
 stephanie.anderson@lane-nach.com;danica.kolb@lane-nach.com
LEONARD J. MCDONALD, JR.    on behalf of Creditor    U.S. Bank National Association, as Trustee for
 GSAA 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo
 Home Mortgage Inc. ecf@tblaw.com,  gxh@tblaw.com
RYAN J. LORENZ    on behalf of Creditor    Lund Cadillac L.L.C. rlorenz@clarkhill.com,
 asaldivar@clarkhill.com
U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 7
```