FORM CLA−001
REVISED 01/12/2012

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:13−bk−18751−EPB

RACHAEL ANNE EARL  Chapter: 7
881 N SUNNYVALE
GILBERT, AZ 85234
**SSAN:** xxx−xx−3449
**EIN:**

Debtor(s)

## NOTICE FIXING LAST DATE TO FILE CLAIMS

**NOTICE IS HEREBY GIVEN THAT:**

1.   All Creditors of the above−named estate are required to file their claim pursuant to Bankruptcy Rule 3002(c) (5) on or before **November 25, 2014** in order to participate in the distribution of funds available. Any creditor who has previously filed a claim need not file again. Please be advised that filing a claim does not guarantee that you will receive payment on that claim. Whether you receive payment and the amount of any payment depends upon the amount of funds in the estate and whether there are administrative costs and priority claims to be paid.

2.   For governmental units, a proof of claim must be filed by the aforementioned deadline or 180 days after the date of the order for relief in this case, whichever is later.

3.   The proof of claim form can be obtained at the court's front counter and self help centers as well as access to fillable PDF versions on the court's website www.azb.uscourts.gov. If you are a creditor (the person who is owed money in a bankruptcy case) and are not represented by an attorney, you may also file a Proof of Claim and upload PDF attachments via an online form on the court's website.

4.   YOU ARE FURTHER NOTIFIED THAT if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the trustee's final account and report and the proposed distribution.

**Date: August 25, 2014**

**Address of the Bankruptcy Clerk's Office:**　　Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101　　**George Prentice**
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov

```
                            United States Bankruptcy Court
                                 District of Arizona
In re:                                                      Case No. 13-18751-EPB
RACHAEL ANNE EARL                                           Chapter 7
       Debtor
                          CERTIFICATE OF NOTICE
District/off: 0970-2        User: brennerc          Page 1 of 2         Date Rcvd: Aug 25, 2014
                            Form ID: cla001         Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2014.
db         +RACHAEL ANNE EARL,    881 N SUNNYVALE,    GILBERT, AZ 85234-2159
cr         +U.S. Bank National Association, as Trustee for GSA,    TIFFANY & BOSCO, P.A.,
             SEVENTH FLOOR CAMELBACK ESPLANADE II,   2525 E CAMELBACK ROAD,    PHOENIX, AZ 85016-9240
12604392   +Chase,   PO Box 9001801,    Louisville KY 40290-1801
13059185   +Chase Home Equity,    P.O. Box 24696,   Columbus, OH 43224-0696
12604395   +Chase Home Finance LLC,    PO Box 24696,    Columbus OH 43224-0696
12604396    Citibank,   1000 Technology Dr. MS 504A,     O Fallon MO 63368-2240
13012870   +Lund Cadillac, L.L.C.,    c/o Ryan Lorenz,    CLARK HILL PLC,   14850 N. Scottsdale Road, Suite 500,
             Scottsdale, AZ 85254-3464
13059186   +Midland Mtg / Midfirst,    P.O. Box 268959,    Oklahoma City, OK 73126-8959
12612234   +U.S. Bank National Association, as Trustee for GSA,    2525 E. Camelback Rd, Ste 300,
             Phoenix, AZ 85016-4237
13059181    Wells Fargo Home Mortgage,    P.O. Box 659558,    San Antonio, TX 78265-9558
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          EDI: QDMMANN.COM Aug 26 2014 00:03:00     DIANE M. MANN,   P.O. BOX 12970,
             SCOTTSDALE, AZ  85267-2970
smg         EDI: AZDEPREV.COM Aug 26 2014 00:03:00     AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
12620709   +EDI: AZDEPREV.COM Aug 26 2014 00:03:00     ARIZONA DEPARTMENT OF REVENUE,
             SPECIAL OPERATIONS UNIT, 7TH FLOOR,    1600 W. MONROE,   PHOENIX, AZ 85007-2612
13059179   +EDI: AZDEPREV.COM Aug 26 2014 00:03:00     Arizona Department of Revenue,   Bankruptcy Unit TCS,
             1600 W. Monroe #710,    Phoenix, AZ 85007-2612
13059187   +EDI: CAPITALONE.COM Aug 26 2014 00:03:00     Capital One,   P.O. Box 30281,
             Salt Lake City, UT 84130-0281
12688146    EDI: CAPITALONE.COM Aug 26 2014 00:03:00     Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC  28272-1083
13059184   +EDI: CHASE.COM Aug 26 2014 00:03:00     Chase Bank USA,   P.O. Box 15298,
             Wilmington, DE 19850-5298
12604393    EDI: CHASE.COM Aug 26 2014 00:03:00     Chase Bank USA NA,   P.O. BOX 15145,
             Wilmington DE 19850-5145
12604394   +EDI: CHASE.COM Aug 26 2014 00:03:00     Chase Card Services,   PO Box 15298,
             Wilmington DE 19850-5298
13059180   +E-mail/Text: bknoticing@grantweber.com Aug 26 2014 00:18:01      Grant & Weber,
             14795 N. 78th Way, Suite 800,    Scottsdale, AZ 85260-3010
13059178    EDI: IRS.COM Aug 26 2014 00:03:00     IRS Special Services,   P.O. Box 7346,
             Philadelphia, PA 19101-7346
12713118   +E-mail/Text: ddulworth@clarkhill.com Aug 26 2014 00:19:00      Lund Cadillac L.L.C.,
             c/o Clark Hill PLC,    14850 N Scottsdale Rd #500,   Scottsdale, AZ 85254-3464
13059183   +E-mail/Text: nic1@qwestoffice.net Aug 26 2014 00:19:07      Nemos Investigations & Collections,
             14631 N. Cave Creek Road, Suite 201,    Phoenix, AZ 85022-4162
12816047   +EDI: RESURGENT.COM Aug 26 2014 00:03:00     PYOD, LLC its successors and assigns as assignee,
             of CR Evergreen, LLC,    Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
12604397   +EDI: WFFC.COM Aug 26 2014 00:03:00     Wells Fargo,   3476 Stateview Blvd.,
             Fort Mill SC 29715-7200
13059182   +EDI: WFFC.COM Aug 26 2014 00:03:00     Wells Fargo Home Mortgage,   P.O. Box 10335,
             Des Moines, IA 50306-0335
                                                                                              TOTAL: 16
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        DIANE M. MANN,   P.O. BOX 12970,    SCOTTSDALE, AZ  85267-2970
cr*        +Lund Cadillac L.L.C.,    c/o Clark Hill PLC,   14850 N Scottsdale Rd #500,
             Scottsdale, AZ 85254-3464
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2014                            Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2014 at the address(es) listed below:

```
ADAM B. NACH    on behalf of Trustee DIANE M. MANN adam.nach@azbar.org;lnbkcourt@yahoo.com
ALLEN D. BUTLER    on behalf of Debtor RACHAEL ANNE EARL abutleraz@gmail.com
DIANE M. MANN    dmm1126@aol.com;dmmann@ecf.epiqsystems.com
DIANE M. MANN    on behalf of Trustee DIANE M. MANN dmm1126@aol.com;dmmann@ecf.epiqsystems.com
JOEL F. NEWELL    on behalf of Trustee DIANE M. MANN Joel.Newell@Lane-Nach.com,
 stephanie.anderson@lane-nach.com;danica.kolb@lane-nach.com
LEONARD J. MCDONALD, JR.    on behalf of Creditor    U.S. Bank National Association, as Trustee for
 GSAA 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo
 Home Mortgage Inc. ecf@tblaw.com,  gxh@tblaw.com
RYAN J. LORENZ    on behalf of Creditor    Lund Cadillac L.L.C. rlorenz@clarkhill.com,
 asaldivar@clarkhill.com
U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                             TOTAL: 8
```