UST-6   5/01

DIANE M. MANN
P.O. BOX 12970
SCOTTSDALE, AZ  85267-2970
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| EARL, RACHAEL ANNE | ) | No. 13-18751-PHX-EPB |
| | ) | |
| | ) | NOTICE OF TRUSTEE'S SALE |
| | ) | |
| Debtor(s) | ) | |

NOTICE IS GIVEN that property belonging to the estate of the above-named debtor(s) will be sold to the person making the highest and best offer on 12/19/14 at 8:30 o'clock, a.m. at US BANKRUPTCY COURT, CLERK, 230 N. FIRST AVE., STE 102 PHOENIX, AZ 85003.

Property to be sold: Estate's 100% interest in residence located at 881 N Sunnyvale Ave., Gilbert, AZ

Terms of Sale: Sale is "as is, where is."  Trustee makes no warranties or representations. Bidders must conduct own due diligence.

> To: Debtor
> Address: 1311 S Clairborne Ave., Gilbert, AZ
> Purchase price: $5,000.00

or any person making a higher and better offer.

The sale will not be free and clear of all liens. The property is subject to liens or interests, which upon information and belief, include real property taxes and liens of about $174,000.00. Trustee has been advised debtor's daughter resides in the premises.

The property may be viewed at the following place and time: Contact Trustee at 480-451-3053 or dmm1126@aol.com or Adam Nach at 602-258-6000.

There is an appraisal of the property conducted on 8/15/14 by Swift Home Inspection of Gilbert, AZ.  The property is appraised at $215,000.00 with repairs needed and estimated to be $34,559.00. The inspection is available.

Any person opposing the sale shall file a written objections on or before five days prior to the sale date with the Clerk of the U.S. Bankruptcy Court, US BANKRUPTCY COURT, CLERK, 230 N. FIRST AVE., STE 102 PHOENIX, AZ 85003 and mailed to the trustee, DIANE M. MANN, at the following address: P.O. BOX 12970, SCOTTSDALE, AZ  85267-2970.

If a person timely objects in writing and a hearing is requested but has not yet been conducted by the scheduled sale date, bids will still be taken and the sales procedure followed.  The closing of the sale will be dependent upon the outcome of the Court hearing on the objection.

November 11, 2014           /s/ DIANE M. MANN
DATE                         DIANE M. MANN, Trustee