.

In re    **Rachael Anne Earl**                               ,      Case No.    **2:13-bk-18751**

                                              Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **881 N. Sunnyvale Gilbert, AZ 85234 appraisal of $215,000 minus repairs of $34,000.00** | **owner** | - | **181,000.00** | **173,890.00** |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **181,000.00** | (Total of this page) |
| | | Total > | **181,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

.

In re __**Rachael Anne Earl**_____,     Case No. ___**2:13-bk-18751**_____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- [ ] 11 U.S.C. §522(b)(2)
- [x] 11 U.S.C. §522(b)(3)

- [ ] Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **881 N. Sunnyvale**<br>**Gilbert, AZ 85234**<br>**appraisal of $215,000**<br>**minus repairs of $34,000.00** | **Ariz. Rev. Stat. § 33-1101(A)** | **7,110.00** | **181,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank of America checking account**<br>**xxxxxxxx2583**<br>**$2561.36 on day of filing minus mortgage**<br>**payment mailed day before for $1245.54**<br>**Location: 1311 S. Claiborne Avenue, Gilbert AZ**<br>**85296** | **Ariz. Rev. Stat. § 33-1126(A)(9)** | **300.00** | **1,315.82** |
| **Household Goods and Furnishings** | | | |
| **living room furniture, bedroom set, dining table**<br>**and chairs, appliances, TV, DVD player,**<br>**computer, printer, cell phones**<br>**Location: 1311 S. Claiborne Avenue, Gilbert AZ**<br>**85296** | **Ariz. Rev. Stat. § 33-1123 also Tools**<br>**of Trade 33-1130(1)** | **1,200.00** | **1,200.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **CDs and DVDs**<br>**Location: 1311 S. Claiborne Avenue, Gilbert AZ**<br>**85296** | **Ariz. Rev. Stat. § 33-1125(5)** | **100.00** | **100.00** |
| **Wearing Apparel** | | | |
| **clothes and shoes for debtor and spouse**<br>**Location: 1311 S. Claiborne Avenue, Gilbert AZ**<br>**85296** | **Ariz. Rev. Stat. § 33-1125(1)** | **500.00** | **500.00** |
| **Furs and Jewelry** | | | |
| **wedding ring and costume jewelry**<br>**Location: 1311 S. Claiborne Avenue, Gilbert AZ**<br>**85296** | **Ariz. Rev. Stat. § 33-1125(4)** | **275.00** | **300.00** |
| **Interests in Insurance Policies** | | | |
| **Husband's term life insurance with Metlife**<br>**$1,000,000 death benefit** | **Ariz. Rev. Stat. § 20-1131** | **0.00** | **0.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Apollo Group 401k**<br>**Location: 1311 S. Claiborne Avenue, Gilbert AZ**<br>**85296** | **11 U.S.C. § 522(b)(3)(C)** | **2,000.00** | **2,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Dodge Charger**<br>**Location: 1311 S. Claiborne Avenue, Gilbert AZ**<br>**85296**<br>**valued at $4500** | **Ariz. Rev. Stat. § 33-1125(8)** | **4,500.00** | **4,500.00** |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

In re   **Rachael Anne Earl**                ,      Case No.    **2:13-bk-18751**

                                       Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| photography equipment used for business (also home computer / printer) Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296 | **Ariz. Rev. Stat. § 33-1130(1)** | **1,500.00** | **1,500.00** |
| **Animals** | | | |
| 4 cats and 1 chicken Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296 | **Ariz. Rev. Stat. § 33-1125(3)** | **50.00** | **50.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Emergency food storage Location: 1311 S. Claiborne Avenue, Gilbert AZ 85296 | **Ariz. Rev. Stat. § 33-1124** | **500.00** | **500.00** |
| | Total: | **18,035.00** | **192,965.82** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy