Adam B. Nach- 013622
Joel F. Newell- 025296
**LANE & NACH, P.C.**
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: joel.newell@lane-nach.com

Attorneys for Diane M. Mann, Trustee

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| RACHAEL ANNE EARL, | No. 2:13-bk-18751-EPB |
| Debtor. | **TRUSTEE'S WITHDRAWAL OF NOTICE OF TRUSTEE'S SALE** |

Diane M. Mann, Trustee, by and through her attorneys undersigned, herein withdraws her Notice of Trustee Sale previously filed with this Court [DE No. 77] and scheduled for December 19, 2014.

RESPECTFULLY SUBMITTED this 17th day of December, 2014.

                                   **LANE & NACH, P.C.**

                                   By   /s/ JFN-025296
                                           Adam B. Nach
                                           Joel F. Newell
                                           Attorneys for the Trustee

Copy of the foregoing mailed by 1st class mail as follows:

Rachael Anne Earl
881 N. Sunnyvale
Gilbert, AZ 85234
*Debtor*

| | | |
|---|---|---|
| 1 | COPY of the foregoing delivered via electronic notification to: | |
| 2 | Office of U.S. Trustee | Andrew Hardenbrook |
| 3 | 230 North First Avenue<br>Phoenix, AZ 85003 | **Snell & Wilmer, L.L.P.**<br>One Arizona Center |
| 4 | Email: Edward.K.Bernatavicius@usdoj.gov | 400 E. Van Buren<br>Phoenix, AZ 85004 |
| 5 | | Email: ahardenbrook@swlaw.com<br>*Attorney for U.S. Bank National Association, as Trustee for GSAA 2007-9 and Wells Fargo Bank, N.A.* |

Allen D. Butler
**Law Office of Allen D. Butler, P.C.**
406 E. Southern
Tempe, AZ 85282
Email: abutleraz@gmail.com
*Attorney for Debtor*

By: /s/ Stephanie Anderson