Adam B. Nach – 013622
Joel F. Newell – 025296
**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: joel.newell@lane-nach.com

Attorney for Diane M. Mann, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| RACHAEL ANNE EARL, | No. 2:13-bk-18751-EPB |
| Debtor. | **TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE BROKER AND DECLARATION OF BROKER** |

Diane M. Mann, Chapter 7 Trustee, by and through counsel undersigned, herein makes application to this Court for an Order approving the employment of a real estate broker on behalf of this Estate. For her Application, Trustee respectfully represents as follows:

1. This case was commenced by a Voluntary Petition filed by the Debtor originally under Chapter 13 on October 28, 2013 and converted to Chapter 7 on March 24, 2014.

2. Diane M. Mann is the duly appointed and acting Trustee of the Chapter 7 Estate (hereinafter "Trustee").

3. At the time of the commencement of this Chapter 7 case, Debtor reported having a 100% interest in non-exempt real property described as 881 N. Sunnyvale, Gilbert, AZ 85234 (hereinafter "Property"). Trustee has determined that a sale of the Property may yield funds for the Estate.

4. Trustee wishes to retain Beth Jo Zeitzer of R.O.I. Properties LLC ("Broker") as the real estate broker for the Trustee to list, market and sell the Property and any other local real property which belongs to the Estate and which has equity for the Estate. Broker's real estate commission will be Six

Percent (6%) of the total purchase price, if Broker brings a successful bidder for the Property. As is customary in the industry, the real estate commission may be shared with a buyer's broker. The listing with Broker will be for a period of approximately six (6) months, subject to renewed application to the Court.

5. For the foregoing reasons and for all other necessary and proper purposes, Trustee desires to retain Beth Jo Zeitzer of R.O.I. Properties LLC ("Broker") to list, market and sell the Property; and, Broker has agreed to list, market and attempt to sell the Property on behalf of the Estate. Broker's real estate commission will be six percent (6%) of the total purchase price, if she brings a successful bidder for the Property. As is customary in the industry, the real estate commission may be shared with a buyer's agent. The listing with Broker will be for a period of approximately six (6) months, subject to renewed application to the Court.

6. Additionally, the Trustee seeks authority to hire the Broker to act on behalf of the estate to establish and connect utility services and perform maintenance services on the above Property. Broker's powers will include, but are not limited to, the following:

    a. Obtaining information or documents from any governmental or privately held utility agency necessary for the establishment of utility services;

    b. Preparing applications, providing information, and performing any other act reasonably requested by the utility agency in order to establish or disconnect utility service;

    c. Obtaining Insurance for the Property; and

    d. Performing services to preserve and protect the property.

7. Broker will seek reimbursement for the costs incurred in preserving the Property as set forth above.

8. Trustee is informed and believes and therefore alleges that the employment of Broker on the terms and conditions provided for herein are in the best interest of the Estate. Broker has been informed

and understands that no sale may be consummated until after appropriate notice is given to all creditors and parties in interest.

**9. Broker is married to Adam B. Nach, the principal shareholder of Lane & Nach, P.C., which has been engaged to represent the Chapter 7 Trustee.**

10. Trustee does not believe that there is a conflict of interest, since all financial transactions concerning the R.O.I. and Lane & Nach, P.C. are required to be, and will be, duly and fully disclosed during the bankruptcy proceedings.

11. Trustee is satisfied from the Declaration of Broker attached hereto that she is a disinterested person or entity within the meaning of 11 U.S.C. §101(14). Broker's connections with the creditors of this Estate and any other party-in-interest, their respective attorneys and accountants, the Trustee, and persons employed in the Office of the United States Trustee, are disclosed herein.

12. Broker is aware of the provisions of 11 U.S.C. §§ 327 & 330 and has agreed, notwithstanding the terms and conditions of employment herein set forth, that the Bankruptcy Court may allow compensation different from the compensation provided herein, and that payment of any commission is subject to further order of the Court.

WHEREFORE, Diane M. Mann, Trustee, respectfully requests that this Court enter its Order approving the employment of Beth Jo Zeitzer of R.O.I. Properties LLC ("Broker") as Broker on behalf of this Estate; and, for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 20th day of May, 2015.

**LANE & NACH, P.C.**

By  /s/ JFN – 025296
    Adam B. Nach
    Joel F. Newell
    Attorneys for Trustee

| | |
|---|---|
| 1 | |
| 2 | COPY of the foregoing delivered via electronic notification/mail as follows: |
| 3 | Allen D. Butler |
| 4 | Law Office Of Allen D. Butler Pc<br>406 E. Southern |
| 5 | Tempe, AZ 85282<br>Email: abutleraz@gmail.com |
| 6 | Attorney for Debtor |
| 7 | Office of U.S. Trustee<br>230 North First Ave., Suite 204 |
| 8 | Phoenix, AZ 85003-1706<br>Email: Jennifer.A.Giaimo@usdoj.gov |

By /s/    *Danica Acosta*

# DECLARATION

I, Beth Jo Zeitzer, declare:

1. This Declaration accompanies the foregoing Application, which I have reviewed, and I agree to be bound by the terms thereof.

2. I am the licensed real estate broker of R.O.I. Properties LLC ("R.O.I.").

3. I have extensive experience in real-estate management marketing and sales, in general and with respect to bankruptcy, insolvency, corporate reorganization and debtor/creditor law.

4. I have reviewed the Trustee's Application to approve my employment and with the real property described therein.

5. Except as otherwise disclosed, R.O.I. does not hold any interest or connections to this estate, adverse or otherwise, or with the Debtors, creditors, or any other party-in-interest, their respective attorneys and accountants, the Case Trustee, or any person employed in the Office of the United States Trustee; and R.O.I. is a disinterested entity as defined in 11 U.S.C. §101(14).

6. Neither I nor R.O.I. have shared or agreed to share compensation in this case with anyone, other than R.O.I.'s licensees and third party agents representing a buyer in this transaction.

7. I have agreed to accept employment on the terms and conditions set forth in the Application and subject to the provisions of 11 U.S.C. § 327 & 330.

8. I have been informed and understand that no sale may be consummated until after appropriate notice is given to all creditors and parties in interest.

9. I am aware that the Bankruptcy Court may allow compensation different from the compensation provided herein, and that payment of any commission is subject to further order of the court.

I declare under penalties of perjury that the foregoing is true and correct.

Dated: May 20, 2015

_____
Beth Jo Zeitzer