B6B (Official Form 6B) (12/07)

In re **Rachael Anne Earl**, Case No. **2:13-bk-18751**
    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America checking account xxxxxxxx2583 $2561.36 on day of filing minus mortgage payment mailed day before for $1245.54** <br> **Location: 881 N. Sunnyvale, Gilbert AZ 85234** | - | 1,315.82 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **living room furniture, bedroom set, dining table and chairs, appliances, TV, DVD player, computer, printer, cell phones** <br> **Location: 881 N. Sunnyvale, Gilbert AZ 85234** | - | 1,200.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **CDs and DVDs** <br> **Location: 881 N. Sunnyvale, Gilbert AZ 85234** | - | 100.00 |
| 6. | Wearing apparel. | | **clothes and shoes for debtor and spouse** <br> **Location: 881 N. Sunnyvale, Gilbert AZ 85234** | - | 500.00 |
| 7. | Furs and jewelry. | | **wedding ring and costume jewelry** <br> **Location: 881 N. Sunnyvale, Gilbert AZ 85234** | - | 300.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Husband's term life insurance with Metlife $1,000,000 death benefit** <br> **Location: 881 N. Sunnyvale, Gilbert AZ 85234** | - | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

| | Sub-Total > (Total of this page) | **3,415.82** |
|---|---|---|

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Rachael Anne Earl**                                           ,  Case No.  **2:13-bk-18751**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Apollo Group 401k**<br>**Location: 881 N. Sunnyvale, Gilbert AZ 85234** | - | 2,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Earl & Layne (website design)**<br>**Location: 881 N. Sunnyvale, Gilbert AZ 85234** | - | 0.00 |
| | | **My Camera Loves You (photography)**<br>**Not operating at time of filing**<br>**Location: 881 N. Sunnyvale, Gilbert AZ 85234** | - | 0.00 |
| | | **Dan Earl, LLC**<br>**Husband's Realty business - inactive at time of filing.**<br>**Location: 881 N. Sunnyvale, Gilbert AZ 85234** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

|  | Sub-Total > | **2,000.00** |
|---|---|---|
|  | (Total of this page) |  |

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Rachael Anne Earl**, Case No. **2:13-bk-18751**
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Counter suit against Lund Cadillac** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Dodge Charger valued at $4500 Location: 881 N. Sunnyvale, Gilbert AZ 85234** | - | **4,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **photography equipment used for business (also home computer / printer) Location: 881 N. Sunnyvale, Gilbert AZ 85234** | - | **1,500.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | | **4 cats and 1 chicken Location: 881 N. Sunnyvale, Gilbert AZ 85234** | - | **50.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

|  | Sub-Total > (Total of this page) | **6,050.00** |
|---|---|---|

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

In re **Rachael Anne Earl**, Case No. **2:13-bk-18751**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Emergency food storage** **Location: 881 N. Sunnyvale, Gilbert AZ 85234** | - | 500.00 |

| | Sub-Total > (Total of this page) | **500.00** |
|---|---|---|
| | Total > | **11,965.82** |

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)