B6C (Official Form 6C) (4/13)

In re **Rachael Anne Earl** , Case No. **2:13-bk-18751**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> 881 N. Sunnyvale <br> Gilbert, AZ 85234 <br> appraisal of $215,000 <br> minus repairs of $34,000.00 | Ariz. Rev. Stat. § 33-1101(A) | 7,110.00 | 181,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> Bank of America checking account xxxxxxxx2583 <br> $2561.36 on day of filing minus mortgage payment mailed day before for $1245.54 <br> Location: 881 N. Sunnyvale, Gilbert AZ 85234 | Ariz. Rev. Stat. § 33-1126(A)(9) | 300.00 | 1,315.82 |
| **Household Goods and Furnishings** <br> living room furniture, bedroom set, dining table and chairs, appliances, TV, DVD player, computer, printer, cell phones <br> Location: 881 N. Sunnyvale, Gilbert AZ 85234 | Ariz. Rev. Stat. § 33-1123 also Tools of Trade 33-1130(1) | 1,200.00 | 1,200.00 |
| **Books, Pictures and Other Art Objects; Collectibles** <br> CDs and DVDs <br> Location: 881 N. Sunnyvale, Gilbert AZ 85234 | Ariz. Rev. Stat. § 33-1125(5) | 100.00 | 100.00 |
| **Wearing Apparel** <br> clothes and shoes for debtor and spouse <br> Location: 881 N. Sunnyvale, Gilbert AZ 85234 | Ariz. Rev. Stat. § 33-1125(1) | 500.00 | 500.00 |
| **Furs and Jewelry** <br> wedding ring and costume jewelry <br> Location: 881 N. Sunnyvale, Gilbert AZ 85234 | Ariz. Rev. Stat. § 33-1125(4) | 275.00 | 300.00 |
| **Interests in Insurance Policies** <br> Husband's term life insurance with Metlife $1,000,000 death benefit <br> Location: 881 N. Sunnyvale, Gilbert AZ 85234 | Ariz. Rev. Stat. § 20-1131 | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br> Apollo Group 401k <br> Location: 881 N. Sunnyvale, Gilbert AZ 85234 | 11 U.S.C. § 522(b)(3)(C) | 2,000.00 | 2,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 2006 Dodge Charger <br> valued at $4500 <br> Location: 881 N. Sunnyvale, Gilbert AZ 85234 | Ariz. Rev. Stat. § 33-1125(8) | 4,500.00 | 4,500.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** <br> photography equipment used for business (also home computer / printer) <br> Location: 881 N. Sunnyvale, Gilbert AZ 85234 | Ariz. Rev. Stat. § 33-1130(1) | 1,500.00 | 1,500.00 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

In re   **Rachael Anne Earl**                                              ,   Case No.   **2:13-bk-18751**
                                              Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Animals** | | | |
| **4 cats and 1 chicken** | **Ariz. Rev. Stat. § 33-1125(3)** | **50.00** | **50.00** |
| Location: 881 N. Sunnyvale, Gilbert AZ 85234 | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Emergency food storage** | **Ariz. Rev. Stat. § 33-1124** | **500.00** | **500.00** |
| Location: 881 N. Sunnyvale, Gilbert AZ 85234 | | | |
| | Total: | **18,035.00** | **192,965.82** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt