Adam B. Nach – 013622
Joel F. Newell – 025296
**LANE & NACH, P.C.**
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
       joel.newell@lane-nach.com

Attorneys for Diane M. Mann, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| RACHAEL ANNE EARL, | No.2:13-bk-18751-EPB |
| Debtor. | **TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION**<br><br>**Related DE No. 115** |

Diane M. Mann, Trustee, by and through her undersigned counsel, herein respectfully submits Trustee's Objection to Claimed Exemption ("Objection"). For her Objection, Diane M. Mann ("Trustee") respectfully represents as follows:

1. This case was commenced by voluntary petition originally under Chapter 13 on October 28, 2013 ("Petition Date") and converted to Chapter 7 on March 24, 2014 ("Conversion Date").

2. Diane M. Mann is the duly qualified and acting Chapter 7 Trustee of the Chapter 7 Estate.

3. On the Schedules of Assets and Liabilities filed with this Court, the Debtor claims the following property exempt:

   a. "881 N. Sunnyvale Gilbert, AZ 85234 appraisal of $215,000 minus repairs of $34,000" and claimed to be exempt from the Estate pursuant to A.R.S. § 33-1101(A) in the amount of $7,110.00 [DE NO. 115, P. 1 of 2].

4. Pursuant to A.R.S. § 33-1101, "[a]ny person the age of [18] or over, married …, who resides within the state may hold as a homestead exempt from attachment, execution, and forced sale, not exceeding [$150,000.00] in value any one of the following: (3) [a] mobile home in which the person resides."

5. Previously the Debtor asserted a homestead exemption in the real property commonly known as 881 N. Sunnyvale Gilbert, AZ 85234 ("Property"). Creditor, Lund Cadillac, LLC objection to this asserted homestead exemption, and a hearing on the matter was held on February 18, 2015. Upon conclusion of the hearing, the Court took the matter under advisement.

6. The Court entered its Minute Entry / Order on April 14, 2015 sustaining Lund Cadillac, LLC's objection to debtor's claims exemption. *See* DE No. 104 at P. 7.

7. Pursuant to the Court's prior Minute Entry / Order, the Debtor is judicially estopped from continuing to assert a homestead exemption in the Property.

WHEREFORE, Diane M. Mann, Trustee respectfully requests that this Court enter an Order sustaining the Objection to exemption for the reasons stated herein; and, for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 26th day of June, 2015.

**LANE & NACH, P.C.**

By  /s/ JFN – 025296
    Adam B. Nach
    Joel F. Newell
    Attorneys for Trustee

COPY of the foregoing mailed:

Rachael Anne Earl
881 N. Sunnyvale
Gilbert, AZ 85234
*Debtor*

Delivered via electronic notification to:

Allen D. Butler
**Law Office Of Allen D. Butler PC**
406 E. Southern
Tempe, AZ 85282
Email: abutleraz@gmail.com
Attorney for Debtor

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Renee.S.Shamblin@usdoj.gov

By /s/ Stephanie Anderson