Adam B. Nach- 013622
Joel F. Newell- 025296
**LANE & NACH, P.C.**
2001 E. Campbell Ave., Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
        joel.newell@lane-nach.com

Attorneys for Diane M. Mann, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| RACHAEL ANNE EARL, | No. 2:13-bk-18751-EPB |
| Debtor. | **NOTICE OF TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION** |

TO: The Debtor and her attorney:

  **PLEASE TAKE NOTICE** that Diane M. Mann, Trustee, has filed her Third Objection to Debtor's Claimed Exemption. A copy of the objection accompanies this Notice. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not want the Court to eliminate or change your exemptions as reflected by the attached, then on or before twenty-one (21) days from the date of this Notice, you or your lawyer must file a written response to the objection, explaining your position with the Clerk of the United States Bankruptcy Court, as follows: (a) mail or hand-delivery to 230 North First Avenue, Suite 101, Phoenix, AZ 85003-1706; or (b) electronically at the Court's website: ecf.azb.uscourts.gov using the Court's electronic filing procedures, with a copy to: Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103, Phoenix, AZ 85016.

  If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. You must also mail a copy to the Trustee's attorney, Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103, Phoenix, AZ 85016.

  If you or your attorney do not take these steps, the Court may enter its Order sustaining the Trustee's objection.

  RESPECTFULLY SUBMITTED this 26th day of June, 2015.

                    **LANE & NACH, P.C.**


                    By    /s/JFN-025296
                            Adam B. Nach
                            Joel F. Newell
                            Attorneys for Trustee

Copy of the foregoing delivered via first class mail to:

Rachael Anne Earl
881 N. Sunnyvale
Gilbert, AZ 85234
*Debtor*

Copy of the foregoing delivered via email to:

Allen D. Butler                                    Office of U.S. Trustee
**Law Office of Allen D. Butler**                  230 North First Avenue
406 E. Southern                                    Phoenix, AZ 85003
Tempe, AZ 85282                                    Email: Renee.S.Shamblin@usdoj.gov
Email: abutleraz@gmail.com
*Attorney for Debtor*

By /s/ Stephanie Anderson