SO ORDERED.

Dated: July 16, 2015

Eddward P. Ballinger Jr., Bankruptcy Judge

Ryan J. Lorenz, #019878
**CLARK HILL PLC**
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone:   (480) 684-1100
Facsimile:    (480) 684-1167
Email:        rlorenz@clarkhill.com

*Attorneys for Lund Cadillac LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In Re:

RACHAEL EARL,

                    Debtor.

Proceedings Under Chapter 7

Case No. 2:13-bk-18751-EPB

**ORDER SUSTAINING OBJECTION
TO EXEMPTION**

This matter came before the court on the objection [doc. 88] to the Debtor's homestead exemption [doc. 81], Schedule C.  For reasons set forth in the court's minute entry order/opinion dated April 14, 2015 [doc. 104], the objection to homestead exemption filed by Lund Cadillac LLC is hereby sustained.  The property in question, 881 North Sunnyvale Avenue, Gilbert, Arizona 85234 ("Sunnyvale Property"), is property of the estate free of the Debtor's claimed exemption.  The Chapter 7 Trustee is directed to take appropriate action on the Sunnyvale Property which may be liquidated free and clear of any claim of homestead exemption by the Debtor.

Dated and signed as provided above.