SO ORDERED.

Dated: August 13, 2015

Eddward P. Ballinger Jr., Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) |
| RACHAEL ANNE EARL, | ) CASE NO. 2:13-bk-18751 PHX-EPB |
| | ) CHAPTER 13 |
| Debtor. | ) |

**ORDER TO SET HEARING REGARDING DEBTOR'S MOTION
TO STAY TRUSTEE SALE OF REAL PROPERTY**

THIS MATTER coming before the Court on Debtor's Motion to Stay Trustee Sale of Real Property; and,

THE COURT, having reviewed the Motion, Court file, and being fully advised in the premises:

IT IS ORDERED setting this hearing on September 8, 2015 at 1:30 p.m. in the U.S. Bankruptcy Court, 230 North 1st Avenue, 7th Floor, Room 703.

DATED AND SIGNED AS NOTED ABOVE: